**STATE of Missouri, Respondent,**

v.

**Jerry L. REECE, Appellant.**

**WD 78529**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 29, 2016

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO Attorneys for Respondent.

James R. Anderson, Lee's Summit, MO, Attorney for Appellant.

Before Division Two: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam

Jerry Reece appeals, following a jury trial, his conviction of driving while intoxicated. Reece argues that the evidence was insufficient to support his conviction insofar as the evidence failed to establish a temporal connection between his intoxication and his driving. Finding no error of law, we affirm. Rule 30.25(b).